IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:05CR29 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| FREDERICK M. HUG, | ) | |
| Defendant. | ) | |

IT IS ORDERED that, on oral motion of defense counsel, the change of plea for the defendant is rescheduled before the undersigned in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **October 11, 2005, at 8:30 a.m.** Since this is a criminal case, the defendant shall be present, unless excused by the court. If an interpreter is required, one must be requested by the plaintiff in writing five (5) days in advance of the scheduled hearing.

The ends of justice will be served by granting the defendant's request for a continuance in complete plea negotiations, and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising from the plea date to the newly scheduled change of plea hearing, namely, **September 21, 2005, through October 11, 2005,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act, for the reason that defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case, and the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 20th day of September, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge