# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **8:05CR29** |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **FREDERICK M. HUG,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the court on the motion of James Martin Davis to withdraw as counsel for the defendant, Frederick M. Hug (Hug). For good cause shown, the motion will be granted. However, before Mr. Davis is allowed to withdraw, he shall provide Hug with a CJA Form 23, Financial Affidavit, for Hug to complete **and** an addressed envelope to return the form to the undersigned magistrate judge for the appointment of counsel if Hug seeks some post conviction relief. Upon the filing of a notice of compliance with this order, Mr. Davis will be permitted to withdraw.

**IT IS SO ORDERED.**

DATED this 20th day of June, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge